# In the United States Court of Federal Claims

**04-1293C**

**Filed: October 12, 2004**

**SEELEY INVESTMENT GROUP, A**
**California Limited Partnership**

**v.**

**THE UNITED STATES**

## NOTICE

To Attorney of Record, Assistant Attorney General, and Judge :

Please take notice that in the above case there has been entered this day on the motion, filed 10/8/04 , for enlargement of time to respond to the complaint the following order by the Clerk:

**ALLOWED.**

s/ Brian Bishop
Brian Bishop, Clerk of Court